

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

  MARIA VILMAR BATISTA

Order Filed on October 21, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  16-12529 RG**

**Hearing Date:  5/4/2016**

**Judge:  ROSEMARY GAMBARDELLA**

**Debtor is Entitled To Discharge**

**MODIFIED ORDER CONFIRMING PLAN**

    The relief set forth on the following pages is hereby ORDERED.

**DATED: October 21, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):        MARIA VILMAR BATISTA

Case No.:        16-12529 RG

Caption of Order:    MODIFIED ORDER CONFIRMING PLAN

---

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 05/09/2016 is hereby modified as a result of the expiration of the claims bar date and that commencing 03/01/2016 the Debtor shall pay the Standing Trustee the sum of $1523.00 for a period of 7 month(s), and then commencing 10/01/2016 the sum of $1,581.00 for a period of 53 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk