UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3

In Re:
    Maria Vilmar Batista, f/k/a Maria Darrigo,

Debtor.



**Order Filed on March 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-12529-RG

Adv. No.:

Hearing Date: 1/4/2017 @ 10:30 a.m.

Judge: Rosemary Gambardella

# ORDER CURING POST-PETITOIN ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: March 8, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Maria Vilmar Batista
Case No:  16-12529-RG
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 222 Lafayette Avenue, Unit B, Cliffside Park, NJ 07010, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michael Boyd, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 15, 2016 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2016 through December 2016 for a total post-petition default of $12,482.00 (5 @ $2,496.40); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $12,482.00 will be paid by Debtor remitting $2,080.34 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on January 1, 2017 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2017, directly to Secured Creditor's servicer, Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Maria Vilmar Batista
Case No:  16-12529-RG
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

Maria Vilmar Batista
222 Lafayette Avenue
Unit B
Cliffside Park, NJ 07010

Michael Boyd, Esq.
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ 07631

Marie-Ann Greenberg, Chapter 13 Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004