Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−12529−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Vilmar Batista
   fka Maria Darrigo
   222 Lafayette Avenue
   Unit B
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−8198

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/17 at 09:00 AM

to consider and act upon the following:

*52* − Certification in Opposition to Certification of Default (related document:50 Certification of Default of Standing Trustee. re: Failure to File an Amended Chapter 13 Plan Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/13/2017. (Attachments: # 1 FAILED TO FILE MODIFIED PLAN − ORDER) filed by Trustee Marie−Ann Greenberg) filed by Michael G. Boyd on behalf of Maria Vilmar Batista. (Boyd, Michael)

Dated: 7/14/17

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court