Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−12529−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Vilmar Batista
   fka Maria Darrigo
   222 Lafayette Avenue
   Unit B
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−8198

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 21, 2016.

On 7/11/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                August 16, 2017
Time:                09:00 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 12, 2017
JAN: dmc

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 16-12529-RG
Maria Vilmar Batista                                            Chapter 13
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2         Date Rcvd: Jul 12, 2017
                             Form ID: 185               Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
db            +Maria Vilmar Batista,   222 Lafayette Avenue,    Unit B,   Cliffside Park, NJ 07010-2506
515995643    ++ALLIED INTERNATIONAL CREDIT CORP US,    6800 PARAGON PLACE,    SUITE 400,
               RICHMOND VA 23230-1654
              (address filed with court:  Allied International Credit Corp,    6800 Paragon Place,    Suite 400,
               Richmond, VA 23230)
515995644     +Allied Interstate LLC,   7525 West Campus Rd,    New Albany OH 43054-1121
515995645     +Ambulatory Center Endospocy,    c/o Daivd B. Watner,   1129 Bloomfield Avenue,   Suite 208,
               Caldwell, NJ 07006-7123
515995647    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,    Credit Cards,   PO Box 982235,
               El Paso, TX 79998)
515995646     +Bank of America,   Attn: Bankruptcy Department,    475 Cross Point Pkwy,   PO Box 9000,
               Getzville, NY 14068-9000
515995648     +Best Buy/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
515995649     +Cach of NJ, LLC,   c/o Fein Such Kahn & Shepard,    7 Century Drive,   Parsippany, NJ 07054-4603
515995650     +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
515995651     +Chase,   PO Box 183166,   Columbus, OH 43218-3166
515995652      Companion Group Inc.,    Attention: President,   211 Dawson Road,    Columbia, SC 29223
515995654     +Companion Property and Casualty,    Attention: President,   PO Box 100165,
               Columbia, SC 29202-3165
515995655     +Convergent Outsourcing, Inc,    800 SW 39th St,   Renton WA 98057-4975
515995656    #+Debt Recovery Solutions,    900 Merchants Councourse 106,    Westbury, NY 11590-5114
515995657     +DirecTv,   1091 521 Corporate Center Drive,    Indian Lan, SC 29707-7151
515995659     +Executive Physician System,    4510 16th Avenue,   Brooklyn, NY 11204-1101
515995660     +FBCS,   2200 Byberry Road,   Suite 120,   Hatboro, PA 19040-3739
515995662     +FDNY/EMS,   500 Bi-County Boulecard,    Suite 150T,   Farmingdale, NY 11735-3997
515995663     +First National Collection Bureau, Inc,    610 Waltham Way,   Sparks, NV 89434-6695
515995664     +Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street,   Suite 460,
               West Orange, NJ 07052-5414
515995666     +Internal Revenue Service,   PO Box 7436,    Philadelphia, PA 19101-7436
515995667     +Macys,   PO Box 183083,   Columbus, OH 43218-3083
515995668     +Maimonides Medical Center,    4802 Tenth Avenue,   Brooklyn, NY 11219-2999
515995669     +Mercedes Benz Financial Services,    P.O. Box 77860,   Fort Worth, TX 76177-0860
515995670     +New York City Department of Fianance,    Church Street Station,    P.O. Box 3615,
               New York, NY 10008-3615
516117490     +Porania LLC,   P. O. Box 11405,   Memphis TN 38111-0405
515995671     +Roosevelt Hospital,   P.O. Box 3472,    New York, NY 10008-3472
515995672     +Select Loan Servicing LLC,    PO Box 636005,   Littleton, CO 80163-6005
515995673     +Select Portfolio Servicing,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
516512124     +Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119-3284
516512125     +Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119,
               Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119-3284
516039289      Specialized Loan Servicing LLC,    PO Box 10219,   Atlanta, GA  30348
516014039     +Specialized Loan Servicing LLC,    PO Box 105219,   Atlanta, GA 30348-5219
515995674     +Specialized Loan Servicing LLC,    Atttn: President,   8742 Lucent Boulevard,   Suite 300,
               Highlands Ranch, CO 80129-2386
516014038     +Specialized Loan Servicing LLC,    PO Box 636007,   Littleton, CO 80163-6007
515995675    #+The Law Firm of Ryan E. Calef & Associat,    1276 Veterans Highway, Suite E-1,
               The Bucks County Office Center,    Bristol, PA 19007-2597
516230799     +U.S. Bank National Association, Trustee (See 410),    c/o Chase Records Center,
               Attn: Correspondence Mail,    Mail Code LA4-5555,   700 Kansas Lane,
               Monroe, Louisiana 71203-4774
516239102     +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516243907      U.S. Bank National Association, as trustee,    c/o Select Portfolio Servicing, Inc.,
               P.O. Box 65250,   Salt Lake City, UT 84165-0250
515995677     +Verizon,   Attn: Verizon Bankruptcy Administration,    500 Technology Dr Ste 550,
               Weddon Spring MO 63304-2225
515995678     +Verizon Wireless Bankruptcy Admin,    500 Technology Dr., Ste 550,   Weddon Spring MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2017 23:24:17      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2017 23:24:12      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center, Suite 2100,
               Newark, NJ 07102-5235
515995653     +E-mail/Text: lhs@thesaldanalawfirm.com Jul 12 2017 23:25:16      Companion Property & Casualty,
               c/o Saldana Law Firm,   116 Village Boulevard,   Suite 200,   Princeton, NJ 08540-5700
515995658     +E-mail/Text: Bankruptcy.Consumer@dish.com Jul 12 2017 23:24:11      Dish Network,   Dept 0063,
               Palatine, IL 60055-0001
516243208      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2017 23:25:45
               Portfolio Recovery Associates, LLC,    c/o Best Buy,   POB 41067,   Norfolk VA 23541
515995676     +E-mail/Text: clientmgmt@signatureperformance.com Jul 12 2017 23:25:23
               Tiburon Financial, LLC,   P.O. Box 770,   Boys Town, NE 68010-0770
                                                                                              TOTAL: 6
```

```
District/off: 0312-2                  User: admin                    Page 2 of 2                   Date Rcvd: Jul 12, 2017
                                      Form ID: 185                   Total Noticed: 47


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515995661*     +FBCS, Inc.,    2200 Byberry Road,    Suite 120,    Hatboro, PA 19040-3739
516039288*     +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
515995665    ##+Imperial Credit Systems,    125 N Parkside Dr,    Suite 302,    Colorado Springs, CO 80909-7025
                                                                                             TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION
               AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE B bankruptcy@feinsuch.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Michael G. Boyd    on behalf of Debtor Maria Vilmar Batista michaelboydlaw@gmail.com
                                                                                             TOTAL: 4
```