Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–12529–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maria Vilmar Batista
    fka Maria Darrigo
    222 Lafayette Avenue
    Unit B
    Cliffside Park, NJ 07010

Social Security No.:
    xxx–xx–8198

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/17 at 09:00 AM

to consider and act upon the following:

*52* – Certification in Opposition to Certification of Default (related document:50 Certification of Default of Standing Trustee. re: Failure to File an Amended Chapter 13 Plan Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/13/2017. (Attachments: # 1 FAILED TO FILE MODIFIED PLAN – ORDER) filed by Trustee Marie–Ann Greenberg) filed by Michael G. Boyd on behalf of Maria Vilmar Batista. (Boyd, Michael)

Dated: 7/14/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-12529-RG
Maria Vilmar Batista                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Jul 14, 2017
                             Form ID: ntchrgbk       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
db              +Maria Vilmar Batista,    222 Lafayette Avenue,    Unit B,   Cliffside Park, NJ 07010-2506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION
               AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE B bankruptcy@feinsuch.com
              Marie-Ann  Greenberg   magecf@magtrustee.com
              Michael G. Boyd   on behalf of Debtor Maria Vilmar Batista michaelboydlaw@gmail.com
                                                                            TOTAL: 4