**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael G. Boyd
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ 07631
201-894-9800
Attorney for Debtor

In Re:

Maria Vilmar Batista fka Maria Darrigo

Case No.: _____16-12529_____

Judge: _____Gambardella_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____Select Portfolio Servicing_____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ _____7,242.46_____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

November 2017 payment to be made by the end of November 2017.

$499.73 balance of post-petition arrears to be paid by 12/30/2017.

☒ Other **(explain your answer)**:

Debtor paid by phone on 5/1/2017 for $2,081.00 conf. #14336147
Debtor paid by phone on 10/6/2017 for $2,580.73 conf. #15287071
Debtor paid by phone on 11/20/2017 for $2,580.73 conf #15794330

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 11/21/2017

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



ORIG CO NAME:SELECT PORTFOLIO CO ENTRY DE...
Pending
--                                          -$2,580.73    ← 11/20/2017 payment
                                                             conf # 15794330

---

NEW YORK LIFE INS. PREM. PPD ID: 1135582869
Nov 20, 2017
$2,581.59                                   -$177.50

---

Online Transfer from CHK ...5713 transaction#: 66...
Nov 20, 2017
$2,759.09                                   $150.00

---

Online Transfer from CHK ...5713 transaction#: 66...
Nov 20, 2017
$2,609.09                                   $170.00

---

QuickPay with Zelle payment from PATRICIA B EV...
Nov 20, 2017
$2,439.09                                   $1,000.00

---

ATM CASH DEPOSIT 11/20 55 W PALISADE AVE EN...
Nov 20, 2017
$1,439.09                                   $1,430.00

---

ATM WITHDRAWAL 003726 11/1750 GRAND
Nov 17, 2017

# CHASE

September 14, 2017 through October 12, 2017

Account Number: 000907989759065

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $5.58 |
| 09/15 | ATM Check Deposit    09/15 55 W Palisade Ave Englewood NJ Card 8762 | 150.00 | 155.58 |
| 09/15 | Quickpay With Zelle Payment To Patty 6520675463 | -150.00 | 5.58 |
| 09/20 | ATM Cash Deposit    09/20 50 Grand Ave Englewood NJ Card 8762 | 135.00 | 140.58 |
| 09/20 | Online Transfer From Chk ...5713 Transaction#: 6531199594 | 40.00 | 180.58 |
| 09/20 | New York Life Ins. Prem.    PPD ID: 1135582869 | -177.50 | 3.08 |
| 09/22 | ATM Check Deposit    09/22 50 Grand Ave Englewood NJ Card 8762 | 320.00 | 323.08 |
| 09/22 | Online Transfer From Chk ...5713 Transaction#: 6537365777 | 120.00 | 443.08 |
| 09/22 | ATM Withdrawal    09/22 50 Grand Ave Englewood NJ Card 8762 | -420.00 | 23.08 |
| 09/22 | ATM Withdrawal    09/22 50 Grand Ave Englewood NJ Card 8762 | -20.00 | 3.08 |
| 09/25 | 09/25 Online Transfer To Chk ...5713 Transaction#: 6543639306 | -2.00 | 1.08 |
| 09/26 | ATM Cash Deposit    09/26 50 Grand Ave Englewood NJ Card 8762 | 45.00 | 46.08 |
| 09/26 | Deposit    1718064854 | 360.00 | 406.08 |
| 09/26 | 09/26 Online Transfer To Chk ...5713 Transaction#: 6545803284 | -45.00 | 361.08 |
| 09/29 | ATM Check Deposit    09/29 55 W Palisade Ave Englewood NJ Card 8762 | 200.00 | 561.08 |
| 09/29 | Online Transfer From Chk ...5713 Transaction#: 6555016705 | 260.00 | 821.08 |
| 09/29 | Online Transfer From Chk ...5713 Transaction#: 6554085818 | 217.00 | 1,038.08 |
| 09/29 | ATM Withdrawal    09/29 55 W Palisade Ave Englewood NJ Card 8762 | -200.00 | 838.08 |
| 09/29 | ATM Withdrawal    09/29 55 W Palisade Ave Englewood NJ Card 8762 | -260.00 | 578.08 |
| 09/29 | Bcbsnj Primary 1 Online    000000868079502 Web ID: 5593570001 | -216.50 | 361.58 |
| 10/02 | ATM Cash Deposit    10/02 55 W Palisade Ave Englewood NJ Card 8762 | 610.00 | 971.58 |
| 10/02 | Online Transfer From Chk ...5713 Transaction#: 6558015262 | 10.00 | 981.58 |
| 10/02 | Check    # 1017 | -360.00 | 621.58 |
| 10/02 | 10/02 Online Transfer To Chk ...5713 Transaction#: 6563125140 | -610.00 | 11.58 |
| 10/02 | Recurring Card Purchase 10/01 Spotify USA 646-8375380 NY Card 8762 | -10.68 | 0.90 |
| 10/05 | ATM Cash Deposit    10/05 50 Grand Ave Englewood NJ Card 8762 | 120.00 | 120.90 |
| 10/05 | 10/05 Online Transfer To Chk ...5713 Transaction#: 6571662466 | -120.00 | 0.90 |
| 10/06 | ATM Cash Deposit    10/06 504 Bergen Blvd Ridgefield NJ Card 8762 | 1,850.00 | 1,850.90 |
| 10/06 | ATM Check Deposit    10/06 55 W Palisade Ave Englewood NJ Card 8762 | 200.00 | 2,050.90 |
| 10/06 | Online Transfer From Chk ...5713 Transaction#: 6575284510 | 610.00 | 2,660.90 |
| 10/06 | Online Transfer From Chk ...5713 Transaction#: 6574192016 | 120.00 | 2,780.90 |
| 10/06 | Quickpay With Zelle Payment From Patricia B Evangelista 6573533190 | 105.00 | 2,885.90 |
| 10/06 | Online Transfer From Chk ...5713 Transaction#: 6574193681 | 35.00 | 2,920.90 |
| 10/06 | 10/06 Check    # 1019 | -100.00 | 2,820.90 |
| 10/06 | ATM Withdrawal    10/06 55 W Palisade Ave Englewood NJ Card 8762 | -200.00 | 2,620.90 |
| 10/06 | Select Portfolio Sps    0015287071    Tel ID: 1870465626  LAWTON | -2,580.73 | 40.17 |
| 10/10 | ATM Cash Deposit    10/09 50 Grand Ave Englewood NJ Card 8762 | 640.00 | 680.17 |
| 10/10 | Quickpay With Zelle Payment From Patricia B Evangelista 6580347373 | 100.00 | 780.17 |
| 10/10 | 10/09 Online Transfer To Chk ...5713 Transaction#: 6580523202 | -640.00 | 140.17 |
| 10/10 | 10/09 Online Transfer To Chk ...5713 Transaction#: 6580524097 | -100.00 | 40.17 |
| 10/10 | Check    # 5081 | -35.40 | 4.77 |
| | Ending Balance | | $4.77 |



April 13, 2017 through May 10, 2017

Account Number: **000907989759065**

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04/17 | Check  # 1010 | -90.00 | 37.96 |
| 04/18 | ATM Cash Deposit   04/18 504 Bergen Blvd Ridgefield NJ Card 8762 | 420.00 | 457.96 |
| 04/18 | Check  # 995 | -450.00 | 7.96 |
| 04/20 | ATM Cash Deposit   04/20 55 W Palisade Ave Englewood NJ Card 8762 | 180.00 | 187.96 |
| 04/20 | Card Purchase   04/11 Allivet 877-5009944 FL Card 8762 | -61.00 | 126.96 |
| 04/20 | New York Life  Ins. Prem.    PPD ID: 1135582869 | -177.50 | -50.54 |
| 04/20 | Insufficient Funds Fee For A $177.50 Item - Details: New York Life  Ins. Prem.    PPD ID: 1135582869 | -34.00 | -84.54 |
| 04/21 | ATM Check Deposit   04/21 50 Grand Ave Englewood NJ Card 8762 | 60.00 | -24.54 |
| 04/21 | ATM Cash Deposit   04/21 50 Grand Ave Englewood NJ Card 8762 | 10.00 | -14.54 |
| 04/21 | Online Transfer From Chk ...5713 Transaction#: 6166283183 | 220.00 | 205.46 |
| 04/21 | ATM Withdrawal   04/21 50 Grand Ave Englewood NJ Card 8762 | -200.00 | 5.46 |
| 04/28 | ATM Check Deposit   04/28 50 Grand Ave Englewood NJ Card 8762 | 280.00 | 285.46 |
| 04/28 | Public Service  Pseg    PPD ID: 4221212800 | -278.00 | 7.46 |
| 05/01 | ATM Cash Deposit   05/01 55 W Palisade Ave Englewood NJ Card 8762 | 2,150.00 | 2,157.46 |
| 05/01 | Select Portfolio Sps   0010362010   Tel ID: 1870465626  Lawton | -2,081.00 X | 76.46 x |
| 05/01 | Recurring Card Purchase 05/01 Spotify USA 646-8375380 NY Card 8762 | -10.68 | 65.78 |
| 05/02 | ATM Cash Deposit   05/02 55 W Palisade Ave Englewood NJ Card 8762 | 240.00 | 305.78 |
| 05/02 | 05/02 Online Transfer To Chk ...5713 Transaction#: 6194954266 | -80.00 | 225.78 |
| 05/02 | Bcbsnj Primary 1 Online   000000819512410 Web ID: 5593570001 | -216.50 | 9.28 |
| 05/03 | Deposit   1689253685 | 2,500.00 | 2,509.28 |
| 05/05 | ATM Check Deposit   05/05 50 Grand Ave Englewood NJ Card 8762 | 200.00 | 2,709.28 |
| 05/05 | ATM Withdrawal   05/05 50 Grand Ave Englewood NJ Card 8762 | -200.00 | 2,509.28 |
| 05/05 | Select Portfolio Sps   0010362010   Tel ID: 1870465626  Lafayette | -2,496.40 X | 12.88 |
| 05/08 | Online Transfer From Chk ...5713 Transaction#: 6209839575 | 300.00 | 312.88 |
| 05/08 | Macys   Online Pmt 112321525118922 Web ID: Citictp | -92.16 | 220.72 |
| 05/09 | ATM Cash Deposit   05/09 504 Bergen Blvd Ridgefield NJ Card 8762 | 920.00 | 1,140.72 |
| 05/09 | ATM Cash Deposit   05/09 55 W Palisade Ave Englewood NJ Card 8762 | 400.00 | 1,540.72 |
| 05/09 | Online Transfer From Chk ...5713 Transaction#: 6212018948 | 45.00 | 1,585.72 |
| 05/10 | Chapter13Trust  Onlinepmt 6287860   Web ID: 2010813406 | -1,581.00 | 4.72 |
| 05/10 | Greenbergepayfe  Onlinefee 6287861   Web ID: Ch13Epaygl | -2.00 | 2.72 |
|  | **Ending Balance** |  | **$2.72** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $34.00 | $68.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

*Handwritten note: 05/03 total Lawton / Portfolio number Lafayette*