Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−12529−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Vilmar Batista
   fka Maria Darrigo
   222 Lafayette Avenue
   Unit B
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−8198

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/18 at 10:30 AM

to consider and act upon the following:

*94* – Certification in Opposition to Certification of Default (related document:87 Creditor's Certification of Default (related document:38 Motion for Relief from Stay re: 222 Lafayette Ave Unit B, Cliffside Park NJ 07010. Fee Amount $ 181. filed by Creditor U.S. Bank National Association et al..., 44 Order on Motion For Relief From Stay) filed by Andrew M. Lubin on behalf of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee. Objection deadline is 05/15/2018. (Attachments: # 1 Schedule A, B # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee) filed by Michael G. Boyd on behalf of Maria Vilmar Batista. (Boyd, Michael)

Dated: 5/8/18

                                                                      Jeanne Naughton
                                                                      Clerk, U.S. Bankruptcy Court