Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−12529−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Vilmar Batista
   fka Maria Darrigo
   222 Lafayette Avenue
   Unit B
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−8198

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/18 at 10:30 AM

to consider and act upon the following:

*94* − Certification in Opposition to Certification of Default (related document:87 Creditor's Certification of Default (related document:38 Motion for Relief from Stay re: 222 Lafayette Ave Unit B, Cliffside Park NJ 07010. Fee Amount $ 181. filed by Creditor U.S. Bank National Association et al..., 44 Order on Motion For Relief From Stay) filed by Andrew M. Lubin on behalf of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee. Objection deadline is 05/15/2018. (Attachments: # 1 Schedule A, B # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee) filed by Michael G. Boyd on behalf of Maria Vilmar Batista. (Boyd, Michael)

Dated: 5/8/18

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Maria Vilmar Batista  
    Debtor

Case No. 16-12529-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 08, 2018  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2018.
```
db             +Maria Vilmar Batista,    222 Lafayette Avenue,    Unit B,    Cliffside Park, NJ 07010-2506
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2018 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank National Association, as Trustee bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3
               bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION
               AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE B bankruptcy@feinsuch.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael G. Boyd    on behalf of Debtor Maria Vilmar Batista michaelboydlaw@gmail.com
                                                                                             TOTAL: 6
```