| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Michael G. Boyd (MB 4904)<br>Chestnut Hill Professional Center<br>157 Engle Street<br>Englewood, NJ  07631<br>(201) 894-9800<br>Attorney for Debtor |
| In Re:<br><br>Maria Vilmar Batista |

**FILED**
JEANNE A. NAUGHTON, CLERK
MAY 22 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

| | |
|---|---|
| Case No.: | 16-12529 |
| Chapter: | RG |
| Judge: | 13 |

## ORDER AUTHORIZING RETENTION OF

Keller Williams

The relief set forth on the following page is **ORDERED**.

5-22-18    USBJ

Upon the applicant's request for authorization to retain ____Keller Williams____
as ____realtor____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 2200 Fletcher Avenue
   Fort Lee, NJ 07605

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*