**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: Maria Vilmar Batista

Case No.: 16-12529
Judge: RG

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☑ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

Date: July 2018

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  MGB    Initial Debtor: MVB    Initial Co-Debtor _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay **$1,396.31 Monthly for 29 months, then $76,991.13 Monthly for 1 month, then $480.00 Monthly for 30 months** to the Chapter 13 Trustee, starting on **March 1, 2016** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:

1

☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
☑ Sale of real property
Description: Sale of 451 Lawton Ave, Cliffside Park
Proposed date for completion: July 6, 2018

☐ Refinance of real property:
Description:
Proposed date for completion:

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion:

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          X NONE

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b. Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Michael G. Boyd | Attorney Fees | 1,500.00 |
| Internal Revenue Service | Taxes and certain other debts | 10,327.08 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

2

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Select Portfolio Servicing | 222 Lafayette Avenue Unit B Cliffside Park, NJ 07010 Bergen County House - 222 Lafayette Avenue, Unit B, Cliffside Park, NJ 07010 | 86,782.53 | 0.00 | 86,782.53 | 2,529.49 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Chase (Select Portfolio) | 451 Lawton Avenue Cliffside Park, NJ 07010 Bergen County Rental property | 4,103.85 | 0.00 | 4,103.85 | 2,580.73 |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Specialized Loan Servicing LLC | 222 Lafayette Avenue Unit B Cliffside Park, NJ 07010 Bergen County House - 222 Lafayette Avenue, Unit B, Cliffside Park, NJ 07010 | 137,020.98 | 575,000.00 | First Mortgage Select Portfolio Servicing - 628,639.00 | No value | N/A | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender ☑ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan ☑ NONE**

The following secured claims are unaffected by the Plan:

| Creditor |
|---|

**g. Secured Claims to be Paid in Full Through the Plan ☑ NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    X NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

4

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions  ☑ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Specialized Loan Servicing LLC | 222 Lafayette Avenue Unit B Cliffside Park, NJ 07010 Bergen County House - 222 Lafayette Avenue, Unit B, Cliffside Park, NJ 07010 | 137,020.98 | 575,000.00 | First Mortgage Select Portfolio Servicing - 628,639.00 | -53,639.00 | 137,020.98 |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices

5

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **July 2017**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Property at Lawton Avenue was sold. Proceeds contributed to Plan. | Reduce arrears paid to Lawton Ave mortgage as mortgage was paid at closing. Use some of proceeds of sale of Lawton Ave to pay post-petition arrears to first mortgage on primary residence. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date    July 10, 2018
_____
Michael G. Boyd
Attorney for the Debtor

Date:    July 10, 2018
_____
Maria Vilmar Batista
Debtor

Date: _____
_____
Joint Debtor

## Signatures

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

6

Date  July 10, 2018

_____
Michael G. Boyd
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:  July 10, 2018

_____
Maria Vilmar Batista
Debtor

Date:  _____

Joint Debtor

7

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                   Case No. 16-12529-RG
Maria Vilmar Batista                                                     Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2                  Date Rcvd: Jul 27, 2018
                               Form ID: pdf901             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +Maria Vilmar Batista,    222 Lafayette Avenue,    Unit B,    Cliffside Park, NJ 07010-2506
sp             +Garo Bakmazian,    670 Bergen Boulevard,    1st Floor,    Ridgefield Park, NJ 07657-1448
r              +Keller Williams City Views Realty,    2200 Fletcher Avenue,    5th Floor,
                 Fort Lee, NJ 07024-5005
515995643     ++ALLIED INTERNATIONAL CREDIT CORP US,    6800 PARAGON PLACE,    SUITE 400,
                 RICHMOND VA 23230-1654
                (address filed with court: Allied International Credit Corp,     6800 Paragon Place,   Suite 400,
                 Richmond, VA 23230)
515995644      +Allied Interstate LLC,    7525 West Campus Rd,    New Albany OH 43054-1121
515995645      +Ambulatory Center Endospocy,    c/o Daivd B. Watner,    1129 Bloomfield Avenue,   Suite 208,
                 Caldwell, NJ 07006-7123
515995647     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,    Credit Cards,    PO Box 982235,
                 El Paso, TX 79998)
515995646      +Bank of America,    Attn: Bankruptcy Department,    475 Cross Point Pkwy,    PO Box 9000,
                 Getzville, NY 14068-9000
515995648      +Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
515995649      +Cach of NJ, LLC,    c/o Fein Such Kahn & Shepard,    7 Century Drive,   Parsippany, NJ 07054-4603
515995651      +Chase,   PO Box 183166,    Columbus, OH 43218-3166
515995652       Companion Group Inc.,    Attention: President,    211 Dawson Road,   Columbia, SC 29223
515995654      +Companion Property and Casualty,    Attention: President,    PO Box 100165,
                 Columbia, SC 29202-3165
515995655      +Convergent Outsourcing, Inc,    800 SW 39th St,    Renton WA 98057-4975
515995657      +DirecTv,    1091 521 Corporate Center Drive,    Indian Lan, SC 29707-7151
515995659      +Executive Physician System,    4510 16th Avenue,    Brooklyn, NY 11204-1101
515995660      +FBCS,   2200 Byberry Road,    Suite 120,   Hatboro, PA 19040-3739
515995662      +FDNY/EMS,    500 Bi-County Boulevard,   Suite 150T,    Farmingdale, NY 11735-3997
515995664      +Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street,    Suite 460,
                 West Orange, NJ 07052-5414
515995666      +Internal Revenue Service,    PO Box 7436,   Philadelphia, PA 19101-7436
515995667      +Macys,    7 West Seventh St,   Cincinnati OH 45202-2475
515995668      +Maimonides Medical Center,    4802 Tenth Avenue,    Brooklyn, NY 11219-2999
515995670       New York City Department of Fianance,    Church Street Station,    P.O. Box 3615,
                 New York, NY 10008-3615
516117490     #+Porania LLC,    P. O. Box 11405,   Memphis TN 38111-0405
515995671      +Roosevelt Hospital,    1111 Amsterdam Ave.,    New York, NY 10025-1716
515995672      +Select Loan Servicing LLC,    PO Box 636005,    Littleton, CO 80163-6005
516014039      +Specialized Loan Servicing LLC,    PO Box 105219,    Atlanta, GA 30348-5219
516039289       Specialized Loan Servicing LLC,    PO Box 10219,    Atlanta, GA 30348
516014038      +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
515995674      +Specialized Loan Servicing LLC,    Atttn: President,    8742 Lucent Boulevard,   Suite 300,
                 Highlands Ranch, CO 80129-2386
516230799      +U.S. Bank National Association, Trustee (See 410),     c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, Louisiana 71203-4774
516239102      +U.S. Bank National Association, Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515995650      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 28 2018 00:06:47       Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
515995653      +E-mail/Text: lhs@thesaldanalawfirm.com Jul 27 2018 23:54:29      Companion Property & Casualty,
                 c/o Saldana Law Firm,    116 Village Boulevard,    Suite 200,   Princeton, NJ 08540-5700
515995658      +E-mail/Text: Bankruptcy.Consumer@dish.com Jul 27 2018 23:53:35      Dish Network,    Dept 0063,
                 Palatine, IL 60055-0001
515995663       E-mail/Text: bankruptcy@fncbinc.com Jul 27 2018 23:52:35
                 First National Collection Bureau, Inc,    610 Waltham Way,    Sparks, NV 89434
515995669      +E-mail/Text: M74banko@daimler.com Jul 27 2018 23:54:48      Mercedes Benz Financial Services,
                 P.O. Box 77860,    Fort Worth, TX 76177-0860
516243208       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 28 2018 00:06:51
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,   Norfolk VA 23541
515995673      +E-mail/Text: jennifer.chacon@spservicing.com Jul 27 2018 23:54:52
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516512125      +E-mail/Text: jennifer.chacon@spservicing.com Jul 27 2018 23:54:52
                 Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119,
                 Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119-3284
516512124      +E-mail/Text: jennifer.chacon@spservicing.com Jul 27 2018 23:54:52
                 Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119-3284
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Jul 27, 2018
                              Form ID: pdf901          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515995676       +E-mail/Text: clientmgmt@signatureperformance.com Jul 27 2018 23:54:39
                 Tiburon Financial, LLC,    P.O. Box 770,   Boys Town, NE 68010-0770
516243907        E-mail/Text: jennifer.chacon@spservicing.com Jul 27 2018 23:54:52
                 U.S. Bank National Association, as trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
515995677       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 27 2018 23:52:37
                 Verizon,   Attn: Verizon Bankruptcy Administration,    500 Technology Dr Ste 550,
                 Weddon Spring MO 63304-2225
515995678       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 27 2018 23:52:38
                 Verizon Wireless Bankruptcy Admin,    500 Technology Dr., Ste 550,
                 Weddon Spring MO 63304-2225
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515995661*      +FBCS, Inc.,    2200 Byberry Road,   Suite 120,    Hatboro, PA 19040-3739
516039288*      +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
515995656      ##+Debt Recovery Solutions,    900 Merchants Councourse 106,    Westbury, NY 11590-5114
515995665      ##+Imperial Credit Systems,    125 N Parkside Dr,   Suite 302,    Colorado Springs, CO 80909-7025
515995675      ##+The Law Firm of Ryan E. Calef & Associat,    1276 Veterans Highway, Suite E-1,
                 The Bucks County Office Center,    Bristol, PA 19007-2597
                                                                                   TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank National Association, as Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
               of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3
               bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION
               AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE B bankruptcy@feinsuch.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael G. Boyd    on behalf of Debtor Maria Vilmar Batista michaelboydlaw@gmail.com
                                                                                               TOTAL: 6
```