Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−12529−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Vilmar Batista
   fka Maria Darrigo
   222 Lafayette Avenue
   Unit B
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−8198

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 09:00 AM

to consider and act upon the following:

*122* − Certification in Opposition to to Trustee's Cert of Default (related document:113 Certification of Default of Standing Trustee. re: Failure to File an Amended Chapter 13 Plan Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/7/2018. (Attachments: # 1 FAILED TO FILE MODIFIED PLAN − ORDER) filed by Trustee Marie−Ann Greenberg) filed by Michael G. Boyd on behalf of Maria Vilmar Batista. (Boyd, Michael)

Dated: 8/3/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court