UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin
Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 215342-4
Attorneys for Secured Creditor: Select Portfolio
Servicing, Inc. as servicing agent for U.S. Bank
National Association, as trustee, on behalf of the
holders of the CSMC Mortgage-Backed Pass-
Through Certificates, Series 2007-3

In Re:

Maria Vilmar Batista fka Maria Darrigo

Order Filed on October 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-12529-RG
Chapter 13

Hearing Date: October 3, 2018
Time: 10:30 a.m.

Judge: Rosemary Gambardella

## CONSENT ORDER RESOLVING
## CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through four (4) is hereby
**ORDERED.**

**DATED: October 17, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page (2)
Debtors Maria Vilmar Batista fka Maria Darrigo
Case No.: 16-12529-RG
Caption of Order: CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

Upon the filing of a certification of default by Milstead & Associates, LLC, Attorneys for the

Secured Creditor, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National

Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through

Certificates, Series 2007-3 ("Mortgagee"), under Bankruptcy Code section 362(d) for relief from

the Automatic Stay as to certain real property as set forth in the pleadings, and the parties, by and

through their respective counsel, having consented to the entry of this Order, and for good cause

shown, it is ORDERED as follows:

1.      The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force

and effect conditioned upon the terms and conditions set forth herein.

2.      Mortgagee is the holder of a mortgage which is a lien on real property owned by

Debtor known as and located at 222 Lafayette Ave Unit B, Cliffside Park, NJ 07010 (the

"Property").

3.      The parties certify that there is a post-petition delinquency which is to be cured

pursuant to the terms of this Consent Order, said delinquency consisting of the following:

| 8 Payments: 2/1/2018 – 9/1/2018 @ $2,529.49 | $20,235.92 |
|---|---|
| Suspense Balance | ($1,382.52) |
| **Total Post-Petition Arrears** | **$18,853.40** |

4.      Commencing on October 1, 2018, Debtor shall resume making regular monthly

mortgage payments currently in the amount of $2,529.49.

Page (3)
Debtors Maria Vilmar Batista fka Maria Darrigo
Case No.: 16-12529-RG
Caption of Order: CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

5.     The total post-petition arrears in the amount of **$18,853.40** will be capitalized into and paid through the Debtor's Chapter 13 Plan. The parties acknowledge the Chapter 13 Trustee is holding non-exempt proceeds due to the sale of the Debtor's former property located at 451 Lawton Avenue, Cliffside Park, NJ, and that the Chapter 13 Trustee shall first apply the said non-exempt proceeds to paying unsecured creditors, prior to the non-exempt proceeds being used to pay other creditors.

6.     All payments are to be mailed to Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250.  Debtor shall reference the loan number on any and all payments made pursuant hereto.

7.     Secured Creditor is authorized to file an amended proof of claim to include the post-petition arrears amount.

8.     Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this Consent Order shall change accordingly.

9.     In the event that Debtor is in default pursuant to the terms and conditions of this Consent Order for a period of thirty (30) days, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order.  If the default is not cured within ten days of the date of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating any such payment(s) more than thirty (30) days in default.  In the event that a notice of

Page (4)
Debtors Maria Vilmar Batista fka Maria Darrigo
Case No.: 16-12529-RG
Caption of Order:  CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

default is forwarded, it is agreed Secured Creditor may file a Certification of Default absent a full cure.

10.    A copy of any Certification of Default and the proposed order must be served upon the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court. A certificate of service shall be filed by counsel for Mortgagee evidencing same.

11.    In the event the instant bankruptcy case is converted to a case under Chapter 7, Debtor shall cure the pre-petition and post-petition mortgage arrears within ten (10) days from the date of such conversion. Should Debtor fail to cure said arrears within the ten (10) day period, such failure shall be deemed a default under the terms of this stipulation and Mortgagee may send Debtor and Debtor's counsel a written notice of default. If the default is not cured within ten (10) days from the date of said notice, counsel for Mortgagee may file a Certification of Default with the Court, upon notice to the trustee, Debtor, and Debtor's counsel, and the Court shall enter an Order granting relief from the Automatic Stay as to the Property.

**CONSENT TO ENTRY OF THE ABOVE ORDER IS HEREBY GIVEN:**

/s/ Andrew M. Lubin                          /s/ Michael G. Boyd

Andrew M. Lubin, Esquire                    Michael G. Boyd, Esquire
Milstead & Associates, LLC                  Attorney for Debtor
Attorneys for Mortgagee

Date: 10/2/2018                             Date: 10/1/2018

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-12529-RG
Maria Vilmar Batista                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Oct 17, 2018 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db             +Maria Vilmar Batista,    222 Lafayette Avenue,    Unit B,   Cliffside Park, NJ 07010-2506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                              Signature:  _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           U.S. Bank National Association, as Trustee bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3
           bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jill Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION
           AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE B bankruptcy@feinsuch.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael G. Boyd    on behalf of Debtor Maria Vilmar Batista michaelboydlaw@gmail.com
                                                                                      TOTAL: 6