Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  16–12529–RG
                    Chapter:  13
                    Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Vilmar Batista
   fka Maria Darrigo
   222 Lafayette Avenue
   Unit B
   Cliffside Park, NJ 07010

Social Security No.:
   xxx–xx–8198

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/20/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 21, 2018
JAN: car

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-12529-RG
Maria Vilmar Batista                                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 21, 2018
                              Form ID: 148             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
```
db             +Maria Vilmar Batista,    222 Lafayette Avenue,    Unit B,    Cliffside Park, NJ 07010-2506
sp             +Garo Bakmazian,    670 Bergen Boulevard,    1st Floor,    Ridgefield Park, NJ 07657-1448
r              +Keller Williams City Views Realty,    2200 Fletcher Avenue,    5th Floor,
                Fort Lee, NJ 07024-5005
515995643     ++ALLIED INTERNATIONAL CREDIT CORP US,    6800 PARAGON PLACE,    SUITE 400,
                RICHMOND VA 23230-1654
                (address filed with court: Allied International Credit Corp,     6800 Paragon Place,    Suite 400,
                Richmond, VA 23230)
515995644      +Allied Interstate LLC,    7525 West Campus Rd,    New Albany OH 43054-1121
515995645      +Ambulatory Center Endospocy,    c/o Daivd B. Watner,    1129 Bloomfield Avenue,    Suite 208,
                Caldwell, NJ 07006-7123
515995646       Bank of America,    Attn: Bankruptcy Department,    475 Cross Point Pkwy,    St. Louis MO 63127
515995648      +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
515995649      +Cach of NJ, LLC,    c/o Fein Such Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4603
515995651      +Chase,    PO Box 183166,    Columbus, OH 43218-3166
515995652       Companion Group Inc.,    Attention: President,    211 Dawson Road,    Columbia, SC 29223
515995654      +Companion Property and Casualty,    Attention: President,    PO Box 100165,
                Columbia, SC 29202-3165
515995656      +Debt Recovery Solutions,    6800 Jericho Turnpike,    Suite 113E,    Syosett, NY 11791-4401
515995657       DirecTv,    1091 521 Corporate Center Drive,    Indian Lan, SC 29707
515995659      +Executive Physician System,    4510 16th Avenue,    Brooklyn, NY 11204-1101
515995660      +FBCS,    2200 Byberry Road,    Suite 120,    Hatboro, PA 19040-3739
515995662      +FDNY/EMS,    52 Duane St.,    New York, NY 10007-1207
515995664      +Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street,    Suite 460,
                West Orange, NJ 07052-5414
515995668      +Maimonides Medical Center,    4802 Tenth Avenue,    Brooklyn, NY 11219-2999
515995670      +New York City Department of Fianance,    Church Street Station,    P.O. Box 3615,
                New York, NY 10008-3615
516117490     #+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
515995671      +Roosevelt Hospital,    1111 Amsterdam Ave.,    New York, NY 10025-1716
515995672      +Select Loan Servicing LLC,    PO Box 636005,    Littleton, CO 80163-6005
516014038      +Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
515995674      +Specialized Loan Servicing LLC,    Atttn: President,    8742 Lucent Boulevard,    Suite 300,
                Highlands Ranch, CO 80129-2386
516039289       Specialized Loan Servicing LLC,    PO Box 10219,    Atlanta, GA  30348
516014039      +Specialized Loan Servicing LLC,    PO Box 105219,    Atlanta, GA 30348-5219
516239102      +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516230799      +U.S. Bank National Association, Trustee (See 410),    c/o Chase Records Center,
                Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                Monroe, Louisiana 71203-4774
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2018 00:12:12      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2018 00:12:09      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515995647       EDI: BANKAMER.COM Nov 22 2018 04:55:00      Bank of America,    Credit Cards,    PO Box 982235,
                El Paso, TX 79998
515995650      +EDI: CAPITALONE.COM Nov 22 2018 04:55:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
515995653      +E-mail/Text: lhs@thesaldanalawfirm.com Nov 22 2018 00:12:55      Companion Property & Casualty,
                c/o Saldana Law Firm,    116 Village Boulevard,    Suite 200,    Princeton, NJ 08540-5700
515995655      +EDI: CONVERGENT.COM Nov 22 2018 04:53:00      Convergent Outsourcing, Inc,    800 SW 39th St,
                Renton WA 98057-4927
515995658      +EDI: ESSL.COM Nov 22 2018 04:53:00      Dish Network,    Dept 0063,    Palatine, IL 60055-0001
515995663       E-mail/Text: bankruptcy@fncbinc.com Nov 22 2018 00:11:18
                First National Collection Bureau, Inc,    610 Waltham Way,    Sparks, NV 89434
515995666      +EDI: IRS.COM Nov 22 2018 04:55:00      Internal Revenue Service,    PO Box 7436,
                Philadelphia, PA 19101-7436
515995667      +EDI: TSYS2.COM Nov 22 2018 04:54:00      Macys,    7 West Seventh St,    Cincinnati OH 45202-2475
515995669      +EDI: DAIMLER.COM Nov 22 2018 04:55:00      Mercedes Benz Financial Services,    P.O. Box 77860,
                Fort Worth, TX 76177-0860
516243208       EDI: PRA.COM Nov 22 2018 04:53:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
                POB 41067,    Norfolk VA 23541
515995673      +E-mail/Text: jennifer.chacon@spservicing.com Nov 22 2018 00:13:15
                Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516512125      +E-mail/Text: jennifer.chacon@spservicing.com Nov 22 2018 00:13:15
                Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119,
                Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119-3284
516512124      +E-mail/Text: jennifer.chacon@spservicing.com Nov 22 2018 00:13:15
                Select Portfolio Servicing, Inc.,    3217 S. Decker Lake Dr.,    Salt Lake City, Utah 84119-3284
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Nov 21, 2018
                              Form ID: 148             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515995676        +E-mail/Text: clientmgmt@signatureperformance.com Nov 22 2018 00:13:05
                  Tiburon Financial, LLC,    P.O. Box 770,   Boys Town, NE 68010-0770
516243907         E-mail/Text: jennifer.chacon@spservicing.com Nov 22 2018 00:13:15
                  U.S. Bank National Association, as trustee,   c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,   Salt Lake City, UT 84165-0250
515995677        +EDI: VERIZONCOMB.COM Nov 22 2018 04:53:00      Verizon,
                  Attn:  Verizon Bankruptcy Administration,   500 Technology Dr Ste 550,
                  Weddon Spring MO 63304-2225
515995678        +EDI: VERIZONCOMB.COM Nov 22 2018 04:53:00      Verizon Wireless Bankruptcy Admin,
                  500 Technology Dr., Ste 550,   Weddon Spring MO 63304-2225
                                                                                                 TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515995661*       +FBCS, Inc.,   2200 Byberry Road,   Suite 120,   Hatboro, PA 19040-3739
516039288*       +Specialized Loan Servicing LLC,   PO Box 636007,   Littleton, CO 80163-6007
515995665      ##+Imperial Credit Systems,   125 N Parkside Dr,   Suite 302,   Colorado Springs, CO 80909-7025
515995675      ##+The Law Firm of Ryan E. Calef & Associat,   1276 Veterans Highway, Suite E-1,
                  The Bucks County Office Center,   Bristol, PA 19007-2597
                                                                                    TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
```
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           U.S. Bank National Association, as Trustee bkecf@milsteadlaw.com, alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf
           of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3
           bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Jill Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION
           AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE B bankruptcy@feinsuch.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Michael G. Boyd    on behalf of Debtor Maria Vilmar Batista michaelboydlaw@gmail.com
                                                                                             TOTAL: 6
```